IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00544

| | |
|---|---|
| MATTHEW J. LACEY AND WIFE, MELISSA A. LACEY,<br><br>Plaintiffs,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC., a Pennsylvania Corporation, EMC MORTGAGE, L.L.C., f/k/a EMC MORTGAGE CORPORATION, JP MORGAN CHASE BANK, N.A., and ROGERS TOWNSEND & THOMAS, P.C. (Substitute Trustee),<br><br>Defendants. | **STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41, Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of this action. Except and unless otherwise specifically agreed in writing between them, each party shall bear its own costs in this action.

This, the 16th day of March, 2017.

| COLLUM & PERRY, PLLC | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| By: s/Travis E. Collum<br>Travis E. Collum<br>N.C. State Bar No. 29158<br>109 W. Statesville Avenue<br>Mooresville, NC 28115<br>Telephone: (704) 663-4187<br>Facsimile: (704) 663-4178<br>E-Mail: travis@collumperry.com<br><br>*Attorneys for Plaintiffs* | By: s/Thomas G. Hooper<br>Thomas G. Hooper<br>N.C. State Bar No. 25571<br>100 North Tryon Street, Suite 4200<br>Charlotte, North Carolina 28202<br>Telephone: (704) 417-3000<br>Facsimile: (704) 377-4814<br>E-Mail: tom.hooper@nelsonmullins.com<br><br>*Attorneys for Defendants JPMorgan Chase Bank, N.A. and EMC Mortgage, LLC* |

WOMBLE CARLYLE SANDRIDGE
 & RICE, LLP

By:  s/ James A. Dean
     James A. Dean
     N.C. State Bar No. 39623
     One West Fourth Street
     Winston-Salem, NC  27101
     Telephone:  (336) 721-3600
     Facsimile:  (336) 721-3660
     E-Mail:  jdean@wcsr.com

     *Attorneys for Defendant Select Portfolio Servicing, Inc.*

WOMBLE CARLYLE SANDRIDGE
 & RICE, LLP

By:  s/ James A. Dean
     James A. Dean
     N.C. State Bar No. 39623
     One West Fourth Street
     Winston-Salem, NC  27101
     Telephone:  (336) 721-3600
     Facsimile:  (336) 721-3660
     E-Mail:  jdean@wcsr.com

     AND

     Diana Coada
     ROGERS TOWNSEND & THOMAS, P.C.
     3800 Arco Corporate Drive, Suite 250
     Charlotte, NC  28373
     Telephone:  (704) 442-9500
     Facsimile:  (704) 422-8595
     E-Mail:  diana.coada@rtt-law.com

     *Attorneys for Defendant Rogers Townsend & Thomas, PC*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of March, 2017 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Diana Coada, Esq. (diana.coada@rtt-law.com); Travis E. Collum, Esq. (travis@collumperry.com); James A. Dean, Esq. (jdean@wcsr.com); Michael Montecalvo, Esq. (mmontecalvo@wcsr.com); and Stacy Williams (stacy@collumperry.com).

                    NELSON MULLINS RILEY
                    & SCARBOROUGH LLP

          By:    s/Thomas G. Hooper
                    Thomas G. Hooper
                    N.C. State Bar No. 25571

                    100 North Tryon Street, Suite 4200
                    Charlotte, North Carolina 28202
                    Telephone: (704) 417-3000
                    Facsimile: (704) 377-4814
                    E-Mail: tom.hooper@nelsonmullins.com

                    *Attorneys for Defendants JPMorgan Chase Bank, N.A. and EMC Mortgage, LLC*